UNITED STATES DISTRICT COURT
*Eastern* DISTRICT OF NEW YORK

**CV 15 5510**

Jacob Fetman

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Yoel Lipsett

_____

COGAN, J.

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

ORIGINAL

COMPLAINT

Jury Trial: ☒ Yes    ☐ No
(check one)

2015 SEP 21 PM 2: 14
FILED CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF NY

I.   **Parties in this complaint:**

A.   List your name, address and telephone number.  If you are presently in custody, include your identification number and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff    Name             Jacob Fetman
             Street Address   1743 Ocean Ave.
             County, City     Kings, Brooklyn
             State & Zip Code NY, 11230
             Telephone Number 646-261-0200

B.   List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1    Name             Yoel Lipsett
                   Street Address   1695 East 21st. St., Suite A-7

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jacob Fetman
_____
_____
_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

Yoel Lipsett
_____
_____
_____
_____
_____
_____
_____
_____

(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)

COMPLAINT

Jury Trial:  ☒ Yes   ☐ No
(check one)

1.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your
    identification number and the name and address of your current place of confinement. Do the same
    for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name              Jacob Fetman
              Street Address    1743 Ocean Ave.
              County, City      Kings, Brooklyn
              State & Zip Code  NY, 11230
              Telephone Number  646-261-0200

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a
    government agency, an organization, a corporation, or an individual. Include the address where
    each defendant may be served. Make sure that the defendant(s) listed below are identical to those
    contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name           Yoel Lipsett
                  Street Address 1695 East 21st St, Suite A-7

County, City Kings, Brooklyn
State & Zip Code NY, 11210
Telephone Number 718-252-4375

Defendant No. 2   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

Defendant No. 3   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

Defendant No. 4   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*

    ☒ Federal Questions      ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? HIPAA LAW; 42 U.S.C. 1302(a); 42 U.S.C. 1320d-1320d-9
    _____
    _____

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

    Plaintiff(s) state(s) of citizenship _____
    Defendant(s) state(s) of citizenship _____
    _____

III. **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? Brooklyn, NY

B.    What date and approximate time did the events giving rise to your claim(s) occur?
October 22, 2013 - December 2013

**What happened to you?**

C.    Facts: On or about October 22, 2013 Plaintiff Fetman entered into arbitration with his employer Aish HaTorah New York, Inc., to be arbitrated by Rabbi David Cohen of Brooklyn NY.

At that initial meeting, Rabbi Cohen directed Plaintiff Fetman and his wife, to attend 'marital counseling' with defendant Lipsett. Unbeknown to Plaintiff, defendant Lipsett, who represented himself as a certified therapist, solicited information in the ensuing sessions they attended, as a couple and individually, about the

**Who did what?**

case. Defendant Lipsett relayed the information gathered to Rabbi Cohen, the arbitrator, in complete disregard to the confidential nature in which any information was relayed to him.

A monetary award for Plaintiff's employer was rendered by Rabbi Cohen based partially on the confidential information relayed to him by defendant Lipsett.

**Was anyone else involved?**

**Who else saw what happened?**

IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

*Rev. 05/2010*

**V.   Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _____
As the case was much publicized in the media, monetary compensatory and punitive damages are requested to be decided at trial.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21 day of September, 20 15.

Signature of Plaintiff  _[signature]_

Mailing Address   1743 Ocean Ave.

Brooklyn, NY 11230

Telephone Number   646-261-0200

Fax Number *(if you have one)* _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number   _____

*Rev. 05/2010*